ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
avahdat@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for Plaintiff
RICHARD WUEST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WUEST on behalf of himself, and all others similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MY PILLOW, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: 18-cv-03658 WHA<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE DISMISSAL**<br><br>Ctrm:   Courtroom 12<br>Judge:  William H. Alsup<br><br>Trial Date: March 30, 2020 |

**JOINT STIP AND [PROPOSED] ORDER RE DISMISSAL**     CASE NO. 3:18-CV-03658 WHA

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Docket #43, Plaintiff Richard Wuest ("Plaintiff") and Defendant My Pillow, Inc. ("Defendant"), through their respective counsel, hereby submit this Joint Stipulation re Dismissal.

WHEREAS, Plaintiff moved for class certification, which was denied. Dkt. 51. Thereafter, the Parties executed a Settlement Agreement and Mutual Release with the intention of having Plaintiff dismiss his individual claim with prejudice, each side to bear his/its own costs and attorneys' fees. No amount will be paid to Plaintiff or his counsel as part of the settlement or in exchange for the dismissal of his individual claims. The Parties' stipulated dismissal of this action is without admission of any wrongdoing or liability on the part of Plaintiff or Defendant, and does not resolve the claims, issues, or defenses thereto of any other individual or putative class member other than Plaintiff.

For the reasons set forth above and pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the Parties hereby jointly Stipulate to the dismissal with prejudice as to Plaintiff's individual claims and the dismissal without prejudice of the claims of any other individual or putative class member and request that the Court terminate all proceedings in this action.

**IT IS SO STIPULATED.**

Dated: August 29, 2019      **KELLER GROVER LLP**

By: /s/ *Eric A. Grover*
ERIC A. GROVER
Attorneys for Plaintiffs

Dated: August 29, 2019      **BESHADA FARNESE LLP**

By: /s/ *Peter J. Farnese*
PETER J. FARNESE
Attorneys for Defendants

## Attestation Pursuant to Civil Local Rule 5-1(i)

Pursuant to Civil Local Rule 5-1(i), I, Eric A. Grover, hereby attest that I have obtained the concurrence in the filing of this document from the signatory to this document.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed this 29th day of August 2019 in San Francisco, California.

/s/ *Eric A. Grover*
ERIC A. GROVER

### [PROPOSED] ORDER

The Court, having reviewed the parties' Joint Stipulation re Dismissal ("Stipulation"), and good cause otherwise appearing, hereby APPROVES the Stipulation and ORDERS the case dismissed with prejudice as to Plaintiff's individual claims and dismissed without prejudice as to the claims of any other individual or putative class member. The Clerk is hereby directed to close the file.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: September 3, 2019.

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE